AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WILLIAM R. SODEN, JR.,

        Petitioner,

        v.

JEFFERY UTTECHT,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-451-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   the Petition is DISMISSED without prejudice.

April 4, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia